United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FENORRIS PEARSON, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HEALTHSCRIPTS MANAGEMENT )<br>SERVICES, LLC; TITANIUM HEALTHCARE, )<br>INC.; GLOBAL MOLECULAR LABS, LLC; )<br>HEALTHSCRIPTS SPECIALTY PHARMACY, )<br>LLC; HEALTHSCRIPTS OF AMERICA— )<br>AUSTIN, LLC; HEALTHSCRIPTS OF )<br>AMERICA—DALLAS, LLC; HEALTHSCRIPTS )<br>OF AMERICA—DENTON, LLC; )<br>HEALTHSCRIPTS OF AMERICA—FRISCO, )<br>LLC; HEALTHSCRIPTS OF AMERICA—HILL )<br>COUNTRY, LLC; HEALTHSCRIPTS OF )<br>AMERICA—HOUSTON, LLC; )<br>HEALTHSCRIPTS OF AMERICA— HOUSTON )<br>GALLERIA, LLC; HEALTHSCRIPTS OF )<br>AMERICA—HOUSTON MEDICAL CENTER, )<br>LLC; HEALTHSCRIPTS OF AMERICA— )<br>HOUSTON NORTHWEST, LLC; )<br>HEALTHSCRIPTS OF AMERICA—LUBBOCK, )<br>LLC; HEALTHSCRIPTS OF AMERICA— )<br>MISSOURI CITY, LLC; HEALTHSCRIPTS OF )<br>AMERICA—NORTH AUSTIN, LLC; )<br>HEALTHSCRIPTS OF AMERICA—NORTH )<br>CENTRAL TEXAS, LLC; HEALTHSCRIPTS )<br>OF AMERICA—NORTH HOUSTON, LLC; )<br>HEALTHSCRIPTS OF AMERICA—NORTH )<br>TEXAS, LLC; HEALTHSCRIPTS OF AMERICA )<br>—PEARLAND, LLC; HEALTHSCRIPTS OF )<br>AMERICA—RICHARDSON, LLC; )<br>HEALTHSCRIPTS OF AMERICA—ROUND )<br>ROCK, LLC; HEALTHSCRIPTS OF ) | CIVIL ACTION NO.<br><br>4:15-CV-01791 |

| | |
|---|---|
| AMERICA—SOUTHLAKE, LLC; HEALTHSCRIPTS OF AMERICA—STAFFORD, LLC; HEALTHSCRIPTS OF AMERICA—SOUTHWEST TEXAS, LLC; HEALTHSCRIPTS OF AMERICA—WOODLANDS, LLC; <br><br>Defendants. | ) ) ) ) ) ) ) ) ) |

## **STIPULATION**

Plaintiff and Defendants stipulate that Plaintiff voluntarily dismisses its claims against Defendants HEALTHSCRIPTS OF AMERICA—AUSTIN, LLC; HEALTHSCRIPTS OF AMERICA—DALLAS, LLC; HEALTHSCRIPTS OF AMERICA—DENTON, LLC; HEALTHSCRIPTS OF AMERICA—FRISCO, LLC; HEALTHSCRIPTS OF AMERICA—HILL COUNTRY, LLC; HEALTHSCRIPTS OF AMERICA—HOUSTON, LLC; HEALTHSCRIPTS OF AMERICA— HOUSTON GALLERIA, LLC; HEALTHSCRIPTS OF AMERICA—HOUSTON MEDICAL CENTER, LLC; HEALTHSCRIPTS OF AMERICA—HOUSTON NORTHWEST, LLC; HEALTHSCRIPTS OF AMERICA—LUBBOCK, LLC; HEALTHSCRIPTS OF AMERICA— MISSOURI CITY, LLC; HEALTHSCRIPTS OF AMERICA—NORTH AUSTIN, LLC; HEALTHSCRIPTS OF AMERICA—NORTH CENTRAL TEXAS, LLC; HEALTHSCRIPTS OF AMERICA—NORTH HOUSTON, LLC; HEALTHSCRIPTS OF AMERICA—NORTH TEXAS, LLC; HEALTHSCRIPTS

OF AMERICA —PEARLAND, LLC; HEALTHSCRIPTS OF AMERICA—RICHARDSON, LLC; HEALTHSCRIPTS OF AMERICA—ROUND ROCK, LLC; HEALTHSCRIPTS OF AMERICA—SOUTHLAKE, LLC; HEALTHSCRIPTS OF AMERICA—STAFFORD, LLC; HEALTHSCRIPTS OF AMERICA—SOUTHWEST TEXAS, LLC; HEALTHSCRIPTS OF AMERICA—WOODLANDS, LLC, without prejudice, in the above-captioned action. This action shall remain active against all other defendants.

This 15th day of August, 2016.

**THE LANIER LAW FIRM, P.C.**

By: /s/ Judson Waltman
Judson Waltman
State Bar No.: 00797621
P.O. BOX 691449
6810 FM 1960 West (77069)
Houston, Texas 77269-1448
Telephone: (713) 659-5200
Telecopier: (713) 659-2204
Jud.Waltman@lanierlawfirm.com
ATTORNEYS FOR PLAINTIFF
FENORRIS PEARSON

**THE CHESTNUT FIRM**
By:

/s/ Christopher M. Chestnut
Christopher M. Chestnut
Florida Bar No. 0022409
841 Prudential Drive, Suite 1220
Twelfth Floor
Jacksonville, FL 32207
Telephone: (904) 371-6587
Facsimile: (855) 377-2667
Chris.chestnut@chestnutfirm.com
ATTORNEYS FOR PLAINTIFF
FENORRIS PEARSON

**GRAY REED & MCGRAW, PC**
By:

/s/ Ruth Ann Daniels
Ruth Ann Daniels
State Bar No.: 15109200
1601 Elm Street

**TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN, LLP**
By:

/s/ Eric J. Taube
Eric J. Taube
State Bar No. 19679350

Ste 4600  
Dallas, TX 75201  
Telephone: (469) 320-6037  
Facsimile: (214) 953-1332  
rdaniels@grayreed.com  
ATTORNEYS FOR DEFENDANT  
GLOBAL MOLECULAR LABS, LLC

Paul Matula  
State Bar No.: 13234354  
Federal ID No. 19679350  
100 Congress Ave  
18th Floor  
Austin, TX 78701  
Telephone: (512) 685-4000  
Facsimile: (512) 685-6417  
pmatula@taubesummers.com  
ATTORNEYS FOR DEFENDANT  
TITANIUM HEALTHCARE, INC.

**JACKSON LEWIS, LLP**

By: /s/ Joseph Galagaza  
Joseph G Galagaza  
State Bar No. 07572600  
Federal ID No. 2283  
Pamela Banks Linberg  
State Bar No. 00793299  
Federal ID No. 21052  
1415 Louisiana, Suite 3325  
Houston, Texas 77002  
Telephone: (713) 650-0404  
Telecopier: (713) 650-0405  
jbarnes@laborlawyers.com  
galagazj@jacksonlewis.com  
linbergp@jacksonlewis.com  
ATTORNEYS FOR DEFENDANT  
HEALTHSCRIPTS MANAGEMENT  
SERVICES, LLC, HEALTHSCRIPTS  
SPECIALTY PHARMACY, LLC,  
HEALTHSCRIPTS OF AMERICA—  
AUSTIN, LLC; HEALTHSCRIPTS OF  
AMERICA—DALLAS, LLC;  
HEALTHSCRIPTS OF AMERICA—  
DENTON, LLC; HEALTHSCRIPTS  
OF AMERICA—FRISCO, LLC;  
HEALTHSCRIPTS OF AMERICA—

HILL COUNTRY, LLC; HEALTHSCRIPTS OF AMERICA—HOUSTON, LLC; HEALTHSCRIPTS OF AMERICA— HOUSTON GALLERIA, LLC; HEALTHSCRIPTS OF AMERICA—HOUSTON MEDICAL CENTER, LLC; HEALTHSCRIPTS OF AMERICA—HOUSTON NORTHWEST, LLC; HEALTHSCRIPTS OF AMERICA—LUBBOCK, LLC; HEALTHSCRIPTS OF AMERICA— MISSOURI CITY, LLC; HEALTHSCRIPTS OF AMERICA—NORTH AUSTIN, LLC; HEALTHSCRIPTS OF AMERICA—NORTH CENTRAL TEXAS, LLC; HEALTHSCRIPTS OF AMERICA—NORTH HOUSTON, LLC; HEALTHSCRIPTS OF AMERICA—NORTH TEXAS, LLC; HEALTHSCRIPTS OF AMERICA — PEARLAND, LLC; HEALTHSCRIPTS OF AMERICA—RICHARDSON, LLC; HEALTHSCRIPTS OF AMERICA—ROUND ROCK, LLC; HEALTHSCRIPTS OF AMERICA—SOUTHLAKE, LLC; HEALTHSCRIPTS OF AMERICA—STAFFORD, LLC; HEALTHSCRIPTS OF AMERICA—SOUTHWEST TEXAS, LLC; HEALTHSCRIPTS OF AMERICA—WOODLANDS, LLC

IT IS SO ORDERED.

SIGNED on the 17th day of August, 2016.

_____
DAVID HITTNER
United States District Judge